1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  NEAL C. HONG (ILBN 6309265)
   Assistant United States Attorney
5
        60 S Market St., Suite 1200
6       San Jose, California 95113
        Telephone: (408) 535-5081
7       neal.hong@usdoj.gov

8  Attorneys for United States of America

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12 | UNITED STATES OF AMERICA,        ) NO. 25-MJ-71253 MAG
                                      )
13 |        Plaintiff,                ) STIPULATION TO EXCLUDE TIME; AND
                                      ) [PROPOSED] ORDER
14 |     v.                           )
                                      )
15 | WILLIAM HUYNH,                   )
                                      )
16 |        Defendant.                )
                                      )
17

18         Currently, a preliminary hearing is scheduled for January 6, 2026. The parties are requesting

19 that this hearing be continued to February 9, 2026. The parties stipulate that time should be excluded

20 under the Speedy Trial Act from January 6, 2026, through February 9, 2026.

21         The Government is in the process of producing discovery to Defendant. The defense requires

22 time to review discovery to effectively prepare Defendant's case. Accordingly, the parties stipulate and

23 agree that excluding time until February 9, 2026, will allow for the effective preparation of counsel. *See*

24 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by

25 excluding the time from January 6, 2026, through February 9, 2026, from computation under the Speedy

26 Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §

27 3161(h)(7)(A), (B)(iv).

28         The parties further stipulate and agree that, given the need to investigate matters which may bear

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
                                                                                          v. 7/10/2018

on the disposition in the case, good cause exists for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1(d), and defense counsel accordingly consents on behalf of the defendant to extending the time limit for the preliminary hearing.  The parties further stipulate and agree to an extension of time for the 30-day time period of an indictment under the Speedy Trial Act.

     IT IS SO STIPULATED.

DATED:      December 11, 2025

/s/
NEAL C. HONG
Assistant United States Attorney

/s/
DANIEL BARTON
Counsel for Defendant

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER

v. 7/10/2018

# [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties, the Court continues the preliminary hearing scheduled for January 6, 2026, to February 9, 2026, and excludes time under the Speedy Trial Act. The Court finds that failing to exclude the time from January 6, 2026, through February 9, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time from January 6, 2026, through February 9, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 6, 2026, through February 9, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The Court further finds good cause exists for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO ORDERED.

DATED: December 15, 2025

HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge

STIPULATION TO EXCLUDE TIME AND [~~PROPOSED~~] ORDER

v. 7/10/2018